# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 18-3516

———————————————

United States of America

*Plaintiff - Appellee*

v.

Elmer Martinez-Niz

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Sioux City

——————————

Submitted: April 10, 2019
Filed: April 25, 2019
[Unpublished]

——————————

Before ERICKSON, BOWMAN, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Elmer Martinez-Niz, a citizen of Guatemala, pleaded guilty to illegal re-entry, 8 U.S.C. § 1326(a), and the District Court[1] sentenced him to ten months in prison and

———————————————

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.

one year of supervised release. Martinez-Niz appeals, and his counsel has filed a brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as unreasonable.

After review, we have determined that the District Court properly considered the relevant 18 U.S.C. § 3553(a) sentencing factors and did not abuse its discretion in imposing sentence. <u>See</u> <u>United States v. David</u>, 682 F.3d 1074, 1076–77 (8th Cir. 2012) (standard of review); <u>see also</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014) (noting that a sentence within the U.S. Sentencing Guidelines range "is presumed to be reasonable").

We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), and we have identified no non-frivolous issues for appeal. We grant counsel's motion to withdraw and affirm.

_____